# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2013

## NO. 03-13-00127-CV

**SC TXLink LLC, a Texas Limited Liability Company, and
Thomas Edward Biddix, Individually, Appellants**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PURYEAR

**THIS DAY** came on to be submitted to this Court the parties' agreed motion to reverse and vacate the portion of the trial court's judgment which renders default judgment against Appellant Biddix, and to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that the portion of the trial court's judgment which renders default judgment against Appellant Biddix is reversed and vacated, that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party shall pay the costs of appeal incurred by that party; and that this decision be certified below for observance.